UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
) CASE NO. CR12-062-RSL
Plaintiff, )
)
v. )
) DETENTION ORDER
CHRISTOPHER FRICK, )
)
Defendant. )
_____ )

Offense charged:    Conspiracy to Distribute Heroin and Methamphetamine

Date of Detention Hearing:    April 4, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant's criminal history includes failures to appear for court and resultant warrant activity, active warrants, and multiple violations of BOP and DOC supervision including failing to report, failing to submit to drug testing, use of illegal drugs and new law violations. Pretrial Services reports that while on supervision, the defendant engaged in new criminal activity on eleven occasions and served in excess of 24 months custody for such violations. Since his release from custody on his most recent felony conviction on April 26, 2010, defendant has violated the terms and conditions of his supervision on one occasion and engaged in criminal activity on three occasions. The record also suggests a history of substance abuse and mental health issues.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver

01 | the defendant to a United States Marshal for the purpose of an appearance in connection
02 | with a court proceeding; and

3. 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 4th day of April, 2012.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge